IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

AMANDA F. LEVINSON,                 )
    Plaintiff,                           )
                               )
            v.                          )            Civil Action No. 12-cv-1368
                               )
CAROLYN W. COLVIN,                   )            District Judge Arthur J. Schwab
Commissioner of Social Security,    )            Magistrate Judge Cynthia Reed Eddy
    Defendant.                           )
                               )

## MEMORANDUM ORDER ADOPTING
## REPORT AND RECOMMENDATION

AND NOW, this 22nd day of August, 2013, after the plaintiff, Amanda F. Levinson, filed

an action in the above-captioned case seeking review of the Commissioner of Social Security's

final determination disallowing her claim for supplemental security income benefits, and after

cross motions for summary judgment were submitted by the parties, and after a Report and

Recommendation was filed by the United States Magistrate Judge granting the parties a period of

time after being served with a copy to file written objections thereto, and upon consideration of

the objections filed by the plaintiff and the response by defendant, and upon independent review

of the motions and the record and Magistrate Judge's Report and Recommendation (Docket No.

14), which is ADOPTED as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 8) is

DENIED.

IT IS FURTHER ORDERED that defendant's motion for summary judgment (Docket No. 12) is granted and the decision of the Commissioner of Social Security is AFFIRMED.

The Clerk of Court shall mark this case CLOSED.


s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc:    All Registered ECF Counsel